PROB 12B
(7/93)

Report Date: July 21, 2008

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 23 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

08-CR-113-RHW

Name of Offender: Travis William Kettleson          Case Number: 4.03CR03130-001

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Chief U.S. District Judge

Date of Original Sentence: 7/27/2005          Type of Supervision:    Supervised Release

Original Offense: Conspiracy to Distribute and          Date Supervision Commenced: 03/10/2008
Possess with Intent to Distribute Methamphetamine,
21 U.S.C. 846

Original Sentence: Prison - 60 Months; TSR - 60          Date Supervision Expires: 03/09/2013
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21      You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as
        directed by the supervising probation officer, but no more than six tests per month, in order to confirm
        continued abstinence from this substance.

### CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth
Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of
supervision be modified to authorize a maximum of six random drug tests per month.

Travis Kettleson was asked whether he would waive his right to a hearing and agree to the modifications as
previously described.  As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release
form, Mr. Kettleson has agreed to the proposed modifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    7-21-08

Tommy Rosser
U.S. Probation Officer

Prob 12B

**Re:  Kettleson, Travis William**
**July 21, 2008**
**Page 2**

## THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[ ✓ ]    The Modification of Conditions as Noted Above
[  ]    Other

_____
Signature of Judicial Officer

July 23, 2008
_____
Date

PROB 49
(3/89)

# United States District Court

**Eastern District of Washington**

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

21     You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

Witness: _____      Signed: _____
                                                      Travis William Kettleson
     U.S. Probation Officer                      Probationer or Supervised Releasee

5-21-08
_____
Date