PROB 12C
(7/93)

Report Date: October 4, 2010

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 04 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Travis William Kettleson        Case Number: 2:08CR00113-001 —RHW

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Richard G. Kopf, Chief U.S. District Judge

Name of Assigned Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 01/23/2004

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute with Possess with Intent to Distribute Methamphetamine, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 120 Months; TSR - 60 Months        Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly        Date Supervision Commenced: 03/21/2008 |
| Defense Attorney: | Roger Peven        Date Supervision Expires: 03/20/2013 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 9/2/2009.

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**        **Nature of Noncompliance**

3        **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

   **Supporting Evidence**: On October 3, 2010, Mr. Kettleson was arrested for second degree assault (DV). According to Spokane Police Incident Report, # 10-329357, the defendant assaulted his live-in girlfriend, Michele Corey, by placing his hand around her neck and choking her. The arresting officer reported observing physical evidence consistent with an assault.

4        **Special Condition # 14**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

Prob12C
Re: Kettleson, Travis William
October 4, 2010
Page 2

**Supporting Evidence**: According to Spokane Police Incident Report, #10-329357, the victim, Michele Corey, reported she and the defendant were at Casey's Bar drinking, just prior to the alleged assault taking place on October 3, 2010.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/04/2010

s/Matthew L. Thompson

Matthew L Thompson
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

10/4/10
Date